# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GRASSFIRE, LLC

    Plaintiff,

v.                                                                      Case No: 8:21-cv-2719-WFJ-JSS

STEVEN LARRY LAWS; SUSAN
MAYS; AMBER MURRAY;
DEVON WARD; FARELLE WALKER;
MICHELE LAWS; ASK AMBER, LLC;
FLY RENEGADE PRODUCTIONS, LLC;
TBA POLITICAL PARTNERS; L&R
LOGICAL SOLUTIONS, LLC;
BRIAN LENHART; and RENEE GORDON

    Defendants.
_____/

## **ORDER**

The Court denies the motion without prejudice. Pursuant to FRCP 65(b)(1)(B), for this Court to issue a temporary restraining order without notice to the adverse parties or their attorneys, plaintiff's attorney must certify in writing any efforts made to give notice and the reasons why notice should not be required. After careful review of the record, the Court could not find such a certification. If the certification is in the record, the Court requests Plaintiff's attorney to state its location.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2021.

                                 */s/ William F. Jung*
                                 **WILLIAM F. JUNG**
                                 **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record